FILED
2013 Nov-14  PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES J. ROGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **DISCOVER BANK; EQUIFAX** | ) | **2:13-cv-01124-HGD** |
| **INFORMATION SERVICES, INC.;** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.; AND TRANS** | ) | |
| **UNION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY
## DISMISS TRANS UNION, LLC ONLY WITH PREJUDICE

COMES NOW the Plaintiff and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Trans Union, LLC, only as follows:

1. The Plaintiff and Defendant Trans Union, LLC have resolved their differences and desire that the claims against the Defendant Trans Union, LLC, **only** be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Trans Union, LLC only.

Respectfully Submitted,

/s/ M. Stan Herring
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **November 14, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, Alabama 35205

*Attorney for Defendant Trans Union, LLC*

Kary B. Wolfe
Jones Walker, LLP
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, Alabama 35203

*Attorney for Equifax Information Services, LLC*

L. Jackson Young, Jr.
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

*Attorney for Defendant Experian Information Solutions*

Wilson F. Green
Fleenor & Green, LLP
204 Marina Drive Ste. 200
Tuscaloosa, Alabama 35406

*Attorney for Discover Bank*

/s/ M. Stan Herring
OF COUNSEL