FILED
2014 Jul-09  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES J. ROGERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | |
| **DISCOVER BANK; EQUIFAX** ) | **2:13-cv-01124-HGD** |
| **INFORMATION SERVICES, INC.;** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.; AND TRANS** ) | |
| **UNION, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE REMAINING DEFENDANTS DISCOVER BANK, EQUIFAX INFORMATION SERVICES, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

COMES NOW the Plaintiff and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Discover Bank, Equifax Information Services, Inc. and Experian Information Solutions, Inc. as follows:

1. Defendant Trans Union was dismissed on November 18, 2013 by Order of this Court (Doc. 21).

2. The Plaintiff and the remaining Defendants Discover Bank, Equifax Information Services, Inc. and Experian Information Solutions, Inc. have resolved their differences and desire that the claims against the remaining

Defendants Discover Bank, Equifax Information Services, Inc. and Experian Information Solutions, Inc. be dismissed with prejudice, costs taxed as paid.

3. This will close out the case.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the remaining Defendants Discover Bank, Equifax Information Services, Inc. and Experian Information Solutions, Inc.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **July 9, 2014**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kary B. Wolfe
Jones Walker, LLP
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, Alabama 35203

*Attorney for Equifax Information Services, LLC*

L. Jackson Young, Jr.
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

*Attorney for Defendant Experian Information Solutions*

Wilson F. Green
Fleenor & Green, LLP
204 Marina Drive Ste. 200
Tuscaloosa, Alabama 35406

*Attorney for Discover Bank*

            /s/ John G. Watts
            OF COUNSEL